IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 6:26-cr-03010-RK-1 |
| v. | ) | |
| | ) | |
| **GARRY CARSON**, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE AS CO-COUNSEL

COMES NOW J. Cole Roberts, attorney at law, and hereby enters his appearance on behalf of the above-named Defendant.

Respectfully submitted,

/s/ *J. Cole Roberts*

_____
J. Cole Roberts, Mo Bar No. 75734
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1000
Springfield, MO 65806
Phone: (417) 862-1741
Fax: (417) 862-4044
Cole@TwibellPierson.com
www.TwibellPierson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

      /s/ *Branden Twibell*

      _____
      Branden Twibell