IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:26-CR-03010-RK-2 |
| ) | |
| JANINE CARSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW Adam Woody, LAW OFFICE OF ADAM WOODY and respectfully makes his Entry of Appearance herein for and on behalf of Defendant, Janine Carson.

    /s/Adam D. Woody_____
ADAM D. WOODY, Mo. Bar 58999
TY HARDEN, Mo. Bar 63861
Attorneys for Defendant

LAW OFFICE OF ADAM WOODY
2121 S. Eastgate
Springfield, Missouri 65809
417-720-4800 (Phone)
417-708-0321 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Assistant U.S. Attorney.

    /s/ Adam D. Woody_____
Adam D. Woody
Ty Harden
Attorneys for Defendant