# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**       **Date:** February 2, 2026

**vs.**      **Case No.:** 26-03010-01-CR-S-RK

**GARRY CARSON**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Indictment

**Time Commenced:** 10:56 a.m.      **Time Terminated:** 10:58 a.m.

---

## APPEARANCES

| | |
|---|---|
| Plaintiff: | Jim Kelleher, AUSA |
| Defendant: | Branden Twibell, Retained |
| USPPTS: | Damon Mitchell |

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Defendant advised of rights. Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order.

Government orally moves for detention. Rule 5f Ordered entered.

Arraignment, Detention Hearing and Scheduling Conference set for 2/5/2026 at 1:30 p.m.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel